DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA CHIN,**
Appellant,

v.

**ENCLAVE AT ST. LUCIE WEST HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D18-2581

[March 28, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2017-CA-000461.

W. Trent Steele of Steele Law, Hobe Sound, for appellant.

Bruce S. Rosenwater of Bruce S. Rosenwater & Associates, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***